# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LONEL McCARTER

) CR NO: 2:11-CR-0117 WBS
)
)

**FILED**
SEP 1 3 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **LONEL McCARTER**

Detained at (custodian): **Sacramento County Jail, 651 I Street, Sacramento, CA 95814**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With: **Sex Trafficking of Childrent by Force, Fraud and Coercion**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary SEPTEMBER 13, 2011, at 2:00 PM in the Eastern District of California.*

Signature: /s/ MICHELE BECKWITH
Printed Name & Phone No: **Michele Beckwith (916) 554-2787**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *SEPTEMBER 13, 2011, at 2:00 PM, 501 I Street, Courtroom 9 - 13th Floor, Sacramento, CA 95814*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Sept 13, 2011      GREGORY G. HOLLOWS
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | n/a | Male ☒ | Female ☐ |
| Booking or CDC #: | | DOB: | 10/16/1975 |
| Facility Address: | Rio Consumnes Correctional Center | Race: | |
| | 12500 Bruceville Road, Elk Grove, CA 95758 | FBI #: | |
| Facility Phone: | (916) 874-1927 | | |
| Currently Incarcerated For: | Narcotics | | |

---

### RETURN OF SERVICE

Executed on _____ by _____
    (Signature)

Form Crim-48      Revised 11/19/97