1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   IVAN LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-0117 WBS |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION AND ORDER |
| v. ) | CORRECTING SPELLING OF |
| ) | DEFENDANT'S NAME IN THE |
| LONNELL McCARTER, ) | INDICTMENT |
| ) | |
| Defendant. ) | Judge:  Hon. William B. Shubb |
| ) | (In Chambers) |
| _____ ) | |

**I, LONNELL McCARTER, DO HEREBY STIPULATE** and agree that the caption of the indictment against me in the above case be amended to correct the spelling of my first name from "Lonel" to "Lonnell."

**I FURTHER AGREE** that this change can be made without requiring the government to return to the grand jury to effectuate it.  My attorney has advised me of my rights to a grand jury, and what "ministerial changes" to an indictment are, and what it means to "amend" an indictment.

To the extent I have the right to have this requested change of the spelling of my first name voted on by the grand jury, I hereby

waive that right and agree than the court or its designee may make this change.  I authorize my attorney to electronically file a typed version of this stipulation

**IT IS SO STIPULATED.**


Dated: September 21, 2011          /S/ *Jeffrey L. Staniels*
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   LONNELL McCARTER

Dated: September 21, 2011          /S/ *Lonnell McCarter*
                                   LONNELL McCARTER
                                   Defendant


Dated: September 21, 2001          /s/ Michelle A. Prince
                                   Michelle A. Prince
                                   Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED:  September 23, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE