```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONNELL McCARTER
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        ) No. 2:11-cr-117 WBS
                                     )
13              Plaintiff,           ) STIPULATION AND [PROPOSED] ORDER
                                     ) CONTINUING CASE
14       v.                          )
                                     )
15  LONNELL McCARTER,                ) Judge: Hon. William B. Shubb
                                     ) Date:  December 12, 2011
16              Defendant.           ) Time:  9:30 a.m.
                                     )
17  _____     )

18
```

19        **IT IS HEREBY STIPULATED** by and between Assistant United States
20   Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal
21   Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that
22   the status conference scheduled for December 12, 2011, be vacated and
23   the matter continued until February 6, 2012, for further status
24   conference at the request of the defense.
25        The reason for the continuance is to allow for further review of
26   discovery and further progress in investigation now in progress.
27        IT IS FURTHER STIPULATED that time for trial under the Speedy
28   Trial Act be excluded between December 9, 2011, and February 6, 2012,

pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:   December 8, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ *Michelle Prince*
                                        MICHELLE PRINCE
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


Date:   December 8, 2011                DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ *Jeffrey L. Staniels*
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Counsel for Defendant
                                        LONNELL McCARTER

**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for December 12, 2011, is VACATED.  This case is ordered to be re-calendared on February 6, 2012 at 9:30 a.m., for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

                By the Court,


Date:   December 9, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order                   -2-