```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LONNELL McCARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-117 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING CASE |
| v. | ) | |
| | ) | |
| LONNELL McCARTER, | ) | Judge: Hon. William B. Shubb |
| | ) | Date:  February 6, 2012 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for February 6, 2012, be vacated and the matter continued until March 19, 2012 at 9:30 a.m., for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery, submission of follow-up discovery requests, and continuation of investigation now in progress.

IT IS FURTHER STIPULATED that the interests of justice served by the granting of this continuance outweigh the interests of the

defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between February 6, 2012, and March 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

```
Date:   February 3, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Michelle Prince
                                  MICHELLE PRINCE
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   February 3, 2012          DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  LONNELL McCARTER
```

1  **O R D E R**

2  The above stipulation of the parties is accepted.  The status
3  conference set for February 6, 2012, is VACATED.  This case is ordered
4  to be re-calendared on March 19, 2012 at 9:30 a.m., for status
5  conference.

6  The court finds, based on the reasons stated above, that the
7  interests of justice served by granting this continuance outweigh the
8  interests of the defendant and the public in a speedy trial.

9  **IT IS SO ORDERED.**

10  By the Court,

12  Date:   February 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                -3-