DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNELL McCARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-117 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING CASE |
| v. ) | |
| ) | |
| LONNELL McCARTER, ) | Judge: Hon. William B. Shubb |
| ) | Date: July 9, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for July 9, 2012, be vacated and the matter continued until October 1, 2012, for further status conference at the request of the defense.

The reason for the continuance is to allow for completion of now-active negotiation regarding possible non-trial resolution of the case and for further trial related investigation in the event

terms for non-trial resolution cannot be agreed to.  The requested date also accounts for intervening schedule conflicts for vacation, an office retreat and government counsel's trial schedule.  At the last status conference the court urged the parties to be prepared to announce resolution or to set a trial date.  The parties seek this one additional continuance before doing so.

IT IS FURTHER STIPULATED that the interests of justice served by the granting of this continuance outweigh the interests of the defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between July 9, 2012, and October 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  July 6, 2012                BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ *Michelle Prince*
                                   MICHELLE PRINCE
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Date:  July 6, 2012                DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ *Jeffrey L. Staniels*
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   LONNELL McCARTER

Stipulation and Order               -2-

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for July 9, 2012, is VACATED. This case is ordered to be re-calendared on October 1, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Date:   July 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE