1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LONNELL McCARTER
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    ) No. 2:11-cr-117 WBS
                                )
12           Plaintiff,         ) STIPULATION AND [PROPOSED]
                                ) ORDER CONTINUING CASE
13      v.                      )
                                )
14 LONNELL McCARTER,            ) Judge: Hon. William B. Shubb
                                ) Date:  October 1, 2012
15           Defendant.         ) Time:  9:30 a.m.
                                )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United
19 States Attorney Michelle Prince, counsel for Plaintiff, and
20 Assistant Federal Defender Jeffrey Staniels, counsel for
21 defendant LONNELL McCARTER, that the status conference scheduled
22 for October 1, 2012, be vacated and the matter continued until
23 November 13, 2012, for further status conference at the request
24 of the defense.
25     The reason for the continuance is to allow for completion of
26 now-active negotiation regarding possible non-trial resolution of
27 the case and for further trial related investigation in the event
28 terms for non-trial resolution cannot be agreed to.  The

requested date also accounts for intervening schedule conflicts for vacation, an office retreat and government counsel's trial schedule.  At the last status conference the court urged the parties to be prepared to announce resolution or to set a trial date.  The parties seek this one additional continuance before doing so.

IT IS FURTHER STIPULATED that the interests of justice served by the granting of this continuance outweigh the interests of the defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between October 1, 2012, and November 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date:  September 27, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ *Michelle Prince*<br>MICHELLE PRINCE<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Date:  September 27, 2012 | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ *Jeffrey L. Staniels*<br>JEFFREY L. STANIELS<br>Assistant Federal Defender<br>Counsel for Defendant<br>LONNELL McCARTER |

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for October 1, 2012, is VACATED. This case is ordered to be re-calendared on November 13, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Date:   September 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE