1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LONNELL McCARTER
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-cr-117 WBS
                                  )
12           Plaintiff,           ) **CORRECTED** STIPULATION AND
                                  ) [PROPOSED] ORDER CONTINUING
13     v.                         ) CASE
                                  )
14 LONNELL McCARTER,              )
                                  ) Judge: Hon. William B. Shubb
15           Defendant.           ) Date:  December 3, 2012
                                  ) Time:  9:30 a.m.
16 _____  )

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United
19 States Attorney Michelle Prince, counsel for Plaintiff, and
20 Assistant Federal Defender Jeffrey Staniels, counsel for
21 defendant LONNELL McCARTER, that the status conference scheduled
22 for December 3, 2012, be vacated and the matter continued at the
23 request of the defense until January 22, 2013, for change of plea
24 or for trial setting.
25     The reason for the continuance is to allow for completion of
26 still-active negotiations regarding possible non-trial resolution
27 of the case.  Further trial specific investigation remains to be
28 done in the event terms for non-trial resolution cannot be agreed

1  to.  In that regard counsel for the parties just came to the
2  realization that current differences in proposed terms of non-
3  trial resolution are affected in part by a mutual mistake in
4  consequences of some of the currently proposed terms.  The court
5  has recently urged the parties to announce resolution or to set a
6  trial date.  The parties seek this additional continuance before
7  doing so.
8      IT IS FURTHER STIPULATED that the interests of justice served
9  by the granting of this continuance outweigh the interests of the
10 defendant and the public in a speedy trial and that time for
11 trial under the Speedy Trial Act should therefore be excluded
12 between December 3, 2012, and January 22, 2013, pursuant to 18
13 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to
14 prepare).
15    **IT IS SO STIPULATED.**
16 Date:  November 29, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
17
18                                    /s/ *Michelle Prince*
                                     MICHELLE PRINCE
19                                   Assistant United States Attorney
                                     Counsel for Plaintiff
20
21 Date:  November 29, 2012          DANIEL J. BRODERICK
                                     Federal Defender
22
23                                    /s/ *Jeffrey L. Staniels*
                                     JEFFREY L. STANIELS
24                                   Assistant Federal Defender
                                     Counsel for Defendant
25                                   LONNELL McCARTER
26
27
28

Stipulation and Order               -2-

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for December 3, 2012, is VACATED. This case is ordered to be re-calendared on January 22, 2012, for change of plea or for trial setting.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until January 22, 2013, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the speedy trial act, 18 U.S.C. § 3161 et. seq. is excluded from December 3, 2012 through January 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Date: November 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE