```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNELL McCARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-117 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE |
| v. | |
| LONNELL McCARTER, | Judge: Hon. William B. Shubb |
| Defendant. | Date:  January 22, 2013<br>Time:  9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for January 22, 2013, be vacated and the matter continued at the request of the defense until March 18, 2013 at 9:30 a.m., for change of plea or for trial setting.

The reason for the continuance is to allow for preparation and review of a pre-plea presentence report in order to reliably determine for Mr. McCarter's benefit his criminal history level if he faces sentencing.

1      IT IS FURTHER STIPULATED that the interests of justice served
2 by the granting of this continuance outweigh the interests of the
3 defendant and the public in a speedy trial and that time for
4 trial under the Speedy Trial Act should therefore be excluded
5 between January 22, 2013, and March 18, 2013, pursuant to 18
6 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to
7 prepare).
8      **IT IS SO STIPULATED.**

10  Date:   January 18, 2013          BENJAMIN B. WAGNER
                                      United States Attorney

12                                    /s/ *Michelle Prince*
                                      MICHELLE PRINCE
13                                    Assistant United States Attorney
                                      Counsel for Plaintiff

15  Date:   January 18, 2013          DANIEL J. BRODERICK
                                      Federal Defender

17                                    /s/ *Jeffrey L. Staniels*
                                      JEFFREY L. STANIELS
18                                    Assistant Federal Defender
                                      Counsel for Defendant
19                                    LONNELL McCARTER

Stipulation and Order              -2-

**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for January 22, 2013, is VACATED.  This case is ordered to be re-calendared on March 18, 2012 at 9:30 a.m., for change of plea or for trial setting.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until March 18, 2013, at 9:30 a.m. on this court's regular criminal calendar. Time for trial under the speedy trial act, 18 U.S.C. § 3161 et. seq. is excluded from January 22, 2013 through March 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Date:   January 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE