JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LONNELL McCARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-117 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE |
| v. | |
| LONNELL McCARTER, | Judge: Hon. William B. Shubb |
| Defendant. | Date: April 29, 2013<br>Time: 9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for April 29, 2013, be vacated and the matter continued at the request of the defense until June 3, 2013, for status conference.

The reason for the continuance is to allow the parties to review a recently completed pre-plea presentence report, and to consider possible resolution without trial in light of that report. The date requested also seeks time to permit Mr. Beevers

1 to familiarize himself with the case in order to assume
2 representation of Mr. McCarter in light of the impending
3 retirement of Mr. Staniels.
4     IT IS FURTHER STIPULATED that the interests of justice served
5 by the granting of this continuance outweigh the interests of the
6 defendant and the public in a speedy trial and that time for
7 trial under the Speedy Trial Act should therefore be excluded
8 between April 29, 2013, and June 3, 2013, pursuant to 18 U.S.C. §
9 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).
10     **IT IS SO STIPULATED.**

12 Date:  June 3, 2013                BENJAMIN B. WAGNER
                                      United States Attorney

14                                     /s/ *Michelle Prince*
                                      MICHELLE PRINCE
15                                    Assistant United States Attorney
                                      Counsel for Plaintiff

17 Date:  June 3, 2013                JOSEPH SCHLESINGER
                                      Acting Federal Defender

19                                     /s/ *Jeffrey L. Staniels*
                                      JEFFREY L. STANIELS
20                                    Assistant Federal Defender
                                      Counsel for Defendant
21                                    LONNELL McCARTER

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for April 29, 2013, is VACATED. This case is ordered to be re-calendared on June 3, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until June 3, 2013, at 9:30 a.m. on this court's regular criminal calendar. Time for trial under the speedy trial act, 18 U.S.C. § 3161 et. seq. is excluded from April 29, 2013 through June 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Date:  April 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE