HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LONNELL McCARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-117 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| LONNELL McCARTER, | ) Judge: Hon. William B. Shubb |
| | ) Date:  July 1, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) |

The parties request that the status conference in this case be continued from Monday, June 3, 2013, to Monday, July 1, 2013 at 9:30 a.m.  They stipulate that the time between June 3, 2013 and July 1, 2013 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).  Specifically, Mr. Beevers as recently been assigned to this matter and needs additional time to familiarize himself with the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

| | |
|---|---|
| Date: May 29, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ *Matthew Morris*<br>MATTHEW MORRIS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Date: May 29, 2013 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ *Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Counsel for Defendant<br>LONNELL McCARTER |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for Monday, June 3, 2013, be continued to Monday, July 1, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the July 1, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Date: May 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                                -2-