BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNELL MCCARTER,<br><br>Defendants. | CASE NO. 2:11-CR-117<br><br>STIPULATION  AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: November 17, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

By previous order, judgment and sentencing is scheduled for November 17, 2014. By this stipulation, the defendant, by and through his assigned counsel, and the United States, by and through its assigned counsel, stipulate and request that the date for Judgment and Sentencing be continued to December 15, 2014 at 9:30 a.m. In support of this stipulation and proposed order, the parties represent that the counsel for the defendant has been in a trial before Judge Burrell for the past two weeks which is taking longer than anticipated. The defense would like additional time to prepare a written sentencing memorandum to be filed before Judgment and Sentencing in this case.

The government does not oppose a continuance. December 15, 2014 appears to be the earliest date that will be available for the defense, the government, and the Court.

///

///

///

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE

1

     SO STIPULATED

Dated:  November 13, 2014            BENJAMIN B. WAGNER
                                                     United States Attorney

                                       By:  /s/ MATTHEW G. MORRIS
                                                     MATTHEW G. MORRIS
                                                     Assistant United States Attorney


Dated:  November 13, 2014            HEATHER WILLIAMS
                                                     Federal Defender

                                       By:  /s/ DOUGLAS BEEVERS
                                                     DOUGLAS BEEVERS
                                                     Assistant Federal Defender


     **SO ORDERED**

**Dated:  November 14, 2014**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE